IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARCUS BURKE, <br> BOP NO. 52129-019, <br>     Movant, <br> v. <br><br> UNITED STATES OF AMERICA, <br>     Respondent. | Criminal Action No. <br> 2:16-CR-14-RWS (1) <br><br><br> Civil Action No. <br> 2:19-CV-62-RWS-JCF |

## O R D E R

This matter is before the Court on the September 14, 2021, Final Report and Recommendation ("R&R") of Magistrate Judge J. Clay Fuller [Dkt. 80] that Plaintiff's *pro se* Motion to Vacate, Set Aside, or Correct Sentence ("Motion to Vacate") pursuant to 28 U.S.C. § 2255 be denied and that no certificate of appealability issue.

In reviewing a Report and Recommendation, the district court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1); see also United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009).  In

contrast, absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the recommendation. FED. R. CIV. P. 72, advisory committee note, 1983 Edition, Subdivision (b); <u>Macort v. Prem, Inc.</u>, 208 Fed. Appx. 781, 784 (11th Cir. 2006) (quoting <u>Diamond v. Colonial Life & Accident Ins.</u>, 416 F.3d 310, 315 (4th Cir. 2005)).

No objections have been filed, and the time for doing so has expired. Having carefully reviewed the record and the R&R, Judge Fuller's R&R [Dkt. 80] is hereby approved and **ADOPTED** as the opinion and order of this Court. As such,

It is **ORDERED** that the movant Marcus Burke's Motion to Vacate [Dkt. 64] is hereby **DENIED**. The Court further finds that the movant has not satisfied the standard for issuance of certificate of appealability. Therefore, a certificate of appealability is **DENIED**.

The Clerk of Court is **DIRECTED** to close the related case, Civil Action No. 2:19-CV-62-RWS-JCF.

**SO ORDERED** this 12th day of October, 2021.

_____
**RICHARD W. STORY**
United States District Judge

2